UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHAEL MARC CHATEAU,**

    Plaintiff,

v.                                      Case No: 5:22-cv-129-WFJ-PRL

**LECANTO DETENTION CENTER, LECANTO DETENTION CENTER MEDICAL CENTER, JOHN DOES and CORE CIVIC,**

    Defendants.

---

**ORDER**

Plaintiff initiated this action on March 2, 2022, by filing a *pro se* Civil Rights Complaint. (Doc. 1). On October 25, 2022, the Court identified some pleading deficiencies in the Complaint and ordered Plaintiff to file an amended complaint within 21 days. (Doc. 20). Plaintiff was warned that the failure to comply may result in the dismissal of this case without further notice. *Id*. at 3. Plaintiff failed to comply. On December 16, 2022, Plaintiff was ordered to show cause why this case should not be dismissed for his failure to comply with the October 25th Order. (Doc. 24). Plaintiff was warned that his failure to respond would result in the dismissal of this case without further notice. *Id*. Plaintiff failed to comply.

On January 13, 2023, the Court entered its Second and Final Order to Show Cause, directing Plaintiff to show cause why this case should not be dismissed for his

failure to comply. (Doc. 29). Plaintiff was warned that failure to respond would result in the dismissal of the case without further notice. *Id*. at 2. By Order dated April 3, 2023, Plaintiff was granted an extension of time to comply, with his response to the January 13 Order due by April 24, 2023. (Doc. 33). Plaintiff was warned that failure to comply would result in dismissal without further notice. *Id*.

On April 25, 2023, Plaintiff filed a "Show of Cause." (Doc. 34). This document contains three sections describing the duty of care, the breach of duty of care, and injury caused by the breach. *Id*. This document is not an amended complaint, nor does it comply with any of the previous orders directing Plaintiff to show cause why this case should not be dismissed for his failure to submit an amended complaint. *See* Docs. 20, 24, 29, 33. To date, Plaintiff has failed to file an amended complaint as ordered on October 25, 2022.

ACCORDINGLY, it is hereby **ORDERED**:

1. This case is **DISMISSED** without prejudice.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE AND ORDERED** in Tampa, Florida on May 12, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Pro Se Plaintiff; Counsel of Record